**Purcell BRONSON, Appellant,**

v.

**Robert BITNER and Joseph Lehman, Appellees.**

Supreme Court of Pennsylvania.

Sept. 18, 1997.

## ORDER

PER CURIAM.

The order of the Commonwealth Court is hereby affirmed.